**FILED**
October 16, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )
                                  )    Case No. MAG. 09-0301-EFB
            Plaintiff,            )
v.                                )
                                  )    ORDER FOR RELEASE OF
ISIDRO RODRIGUEZ-RUBIO,           )    PERSON IN CUSTODY
                                  )
            Defendant.            )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ISIDRO RODRIGUEZ-RUBIO, Case No. MAG. 09-0301-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__X__   Release on Personal Recognizance

____   Bail Posted in the Sum of: $

    ____   Unsecured Appearance Bond

    ____   Appearance Bond with Surety

    ____   (Other) Conditions as stated on the record.

    ____   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  10/16/09  at 3:05 p.m.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge